JUDGE PHILIP MARTINEZ

FILED

2003 APR -9 PH 2: 29

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>VS.<br><br>JUAN JOSE ESPARRAGOZA-MORENO<br>　a.k.a. Juan Jose Esparragoza-Martine,<br>　a.k.a. Jose Luis Esparragosa,<br>　a.k.a. Juan Esparragosa-Ualino,<br>　a.k.a Juan Jose Esparragoza-Italino,<br>　a.k.a. Juan Jose Esparraguza-Valino,<br>　a.k.a. Juan Manuel Ortiz-Moreno,<br>　a.k.a. Arturo Beltran,<br>　a.k.a. Raul Gonzalez,<br>　a.k.a. Juan Robles,<br>　a.k.a. Juan Robledo,<br>　a.k.a. El Guaraches,<br>　a.k.a. El Azul,<br>　a.k.a. AZUL<br>　　Defendant. | ) CRIMINAL NO. EP-03-CR-____<br>)<br>) **SEALED INDICTMENT**<br>)<br>) **CT 1:** 21:963-Conspiracy to Import<br>)　　a Controlled Substance;<br>) **CT 2:** 21:846–Conspiracy to Possess with<br>)　　the Intent to Distribute a Controlled<br>)　　Substance<br>) **CT 3:** 21:952(a)-Importation of a<br>)　　Controlled Substance<br>)<br>) **SEALED**<br>)<br>) EP03CR0757 |

THE GRAND JURY CHARGES:

### COUNT ONE
(21 U.S.C. § 963, 952(a) & 960(a)(1) & 960(b)(1)(G))

That beginning on or about December 2002 to the date of this Indictment, in the Western District of Texas and elsewhere, Defendant,

> JUAN JOSE ESPARRAGOZA-MORENO
> 　a.k.a. Juan Jose Esparragoza-Martine,
> 　a.k.a. Jose Luis Esparragosa,
> 　a.k.a. Juan Esparragosa-Ualino,
> 　a.k.a Juan Jose Esparragoza-Italino,
> 　a.k.a. Juan Jose Esparraguza-Valino,
> 　a.k.a. Juan Manuel Ortiz-Moreno
> 　a.k.a. Arturo Beltran,
> 　a.k.a. Raul Gonzalez,

/

        a.k.a. Juan Robles,
        a.k.a. Juan Robledo,
        a.k.a. El Guaraches,
        a.k.a. El Azul,
        a.k.a. AZUL

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, into the United States from Mexico, contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(G).

## COUNT TWO
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(B)(vii))

That beginning on or about December 2002 to the date of this Indictment, in the Western District of Texas and elsewhere, Defendant,

        JUAN JOSE ESPARRAGOZA-MORENO
        a.k.a. Juan Jose Esparragoza-Martine,
        a.k.a. Jose Luis Esparragosa,
        a.k.a. Juan Esparragosa-Ualino,
        a.k.a Juan Jose Esparragoza-Italino,
        a.k.a. Juan Jose Esparraguza-Valino,
        a.k.a. Juan Manuel Ortiz-Moreno
        a.k.a. Arturo Beltran,
        a.k.a. Raul Gonzalez,
        a.k.a. Juan Robles,
        a.k.a. Juan Robledo,
        a.k.a. El Guaraches,
        a.k.a. El Azul,
        a.k.a. AZUL

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

### COUNT THREE
(21 U.S.C. §§ 952(a), 960(a)(1) & 960(b)(1)(G))

That on or about February 5, 2003, in the Western District of Texas, Defendant,

JUAN JOSE ESPARRAGOZA-MORENO
a.k.a. Juan Jose Esparragoza-Martine,
a.k.a. Jose Luis Esparragosa,
a.k.a. Juan Esparragosa-Ualino,
a.k.a Juan Jose Esparragoza-Italino,
a.k.a. Juan Jose Esparraguza-Valino,
a.k.a. Juan Manuel Ortiz-Moreno
a.k.a. Arturo Beltran,
a.k.a. Raul Gonzalez,
a.k.a. Juan Robles,
a.k.a. Juan Robledo,
a.k.a. El Guaraches,
a.k.a. El Azul,
a.k.a. AZUL

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved 1000 kilograms or more of a mixture or substance containing a detectable

amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Sections 952(a), 960(a)(1) and 960(b)(1)(G).

A TRUE BILL.

*[signature: Robert Macias]*

FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: *[signature: Juanita Fielden]*
Juanita Fielden
Assistant U.S. Attorney